UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **CHRISTOPHER K. KING** | **CIVIL ACTION NO. 21-4316 Sec. P** |
| **VS.** | **JUDGE TERRY A. DOUGHTY** |
| **CALDWELL CORRECTIONAL CENTER, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 8] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Christopher K. King's claims are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 16th day of May 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**